UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 10-72850-PJS

**THURLAND RUFUS GARRETT,**                         Chapter 7
**SHERRY L. GARRETT,**
                                                    HON. PHILLIP J. SHEFFERLY
    Debtors.
_____/

**DANIEL M. McDERMOTT**,
**United States Trustee,**

    Plaintiff,
                                                    Adversary Case No. 11-4165
vs.

**DOSHIA M. BANKS,**
**DMB SELF-HELP INFORMATION**
  **NETWORK, INC.**

    Defendants.
_____/

### UNITED STATES TRUSTEE'S MOTION FOR SANCTIONS
### AGAINST DOSHIA M. BANKS' FAILURE TO ATTEND HER OWN DEPOSITION

Daniel M. McDermott, United States Trustee for Michigan and Ohio, for his Motion, states as follows:

1.    This is the United States Trustee's Motion for Sanctions under F.R.Bankr.P. 7037.

2.    On March 21, 2011 Doshia M. Banks appeared on the Court's Order to Show Cause Why She Should Not Be Required to Disgorge Fees Paid to Her by the Debtor and Why the Court Should Not Impose Other Remedies Against Her in the case of Ricky Carpenter, Case No. 11-40544-PJS.

3.    At the hearing, the United States Trustee argued for the relief and Banks argued against it.

4. That matter was adjourned for an evidentiary hearing to be held on June 6, 2011. The Court authorized discovery.

5. After failing to appear at the first scheduled date for her depositions, Banks entered into a stipulated Order requiring her to appear and produce, "Copies of any materials received from the debtor."

6. At the deposition, Banks refused to provide the materials and refused to testify about her dealings with the Debtor. She could not identify a legal basis for refusing to testify or failing to comply with the Court's Order.

7. The United States Trustee moved for preclusion of evidence because of Banks' legally unsupported refusal to provide discovery.

8. At the hearing, the Court concluded Banks had no legal basis to refuse to answer questions or produce documents.

9. Because of this pending case, and Banks' repeated claims she was on the verge of retaining counsel, rather than preclude evidence which would be tantamount to Judgment, the Court created a lesser remedy, and entered its Order on June 7, 2011 (Docket # 50, Case No. 11-40555-PJS). By its Order, the Court consolidated the two cases for the purposes of discovery and ordered Banks to appear at another deposition to answer the questions and produce the documents.

10. On the day of the rescheduled deposition, Banks asked for it to be rescheduled to a later date and time. It was rescheduled to a date and time approved by her.

11. Banks still failed to appear.

12. If a party fails to appear for her own deposition grounds exist for sanctions. F.R.Bankr.P. 7037(d)(1)(A)(I).

13. Before seeking sanctions, counsel for United States Trustee attempted to contact Doshia M. Banks in compliance with F.R.Bankr.P. 7037(d)(1)(B). The draft of this Motion was sent to Doshia M. Banks by email on Thursday July 14, 2011 with a request to resolve the matter before it was filed.

14. The authorized sanctions include rendering a Default Judgment. F.R.Bankr.P. 7037(b)(2)(A)(vi). Default Judgment is especially appropriate here, where Banks has used the need to conduct this discovery as a basis to avoid the requested remedy in the Carpenter case.

15. Banks' actions have repeatedly created delay and expense.

16. A Proposed Order granting default judgment is attached.

17. If the Court does not grant default judgment, it may limit Doshia M. Banks' ability to assert defenses or produce evidence. Since the United States Trustee is also submitting a Motion for Summary Judgment supported by the Debtors' sworn statements, such a limitation would be tantamount to a default judgment. Thus a "lesser" sanction along these lines would not appear appropriate.

18. The Court is authorized to compel Doshia M. Banks' attendance and participation at a deposition under F.R.Bankr.P. 7037(b)(2)(A) or the "just orders" portion of F.R.Bankr.P. 7037(b)(2).

19. Because of Banks' history in these cases, and because the dispositive motion deadline has passed, ordering her to appear yet again is pointless.

20. In addition, Doshia M. Banks should be required to pay to the United States Trustee $75.00 for the non-attendance fee of the Court Reporter on July 13, 2011 and $175.00 for the preparation of this motion. The invoice from the Court Reporter is attached as Exhibit A.

**WHEREFORE**, Daniel M. McDermott, United States Trustee, respectfully requests that this Honorable Court enter a Default Judgment against Doshia M. Banks or grant other appropriate relief.

        Respectfully submitted,

        **DANIEL M. McDERMOTT**
        **UNITED STATES TRUSTEE**
        Region 9

    By    /s/ Paul J. Randel (P58419)
        Paul.Randel@usdoj.gov
        Trial Attorney
        Office of the U.S. Trustee
        211 West Fort St - Suite 700
        Detroit, Michigan 48226
        (313) 226-4541

Dated: July 15, 2011

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-72850-PJS

**THURLAND RUFUS GARRETT,**
**SHERRY L. GARRETT,**

Chapter 7

HON. PHILLIP J. SHEFFERLY

    Debtors.
_____/

**DANIEL M. McDERMOTT**,
**United States Trustee,**

    Plaintiff,

Adversary Case No. 11-4165

vs.

**DOSHIA M. BANKS,**
**DMB SELF-HELP INFORMATION**
  **NETWORK, INC.**

    Defendants.
_____/

### DEFAULT JUDGMENT AGAINST DOSHIA M. BANKS

**THIS MATTER** came before the Court upon the Motion of the Daniel M. McDermott, United States Trustee, for Sanctions against Doshia M. Banks. The Court finds that Doshia M. Banks, failed to appear at her deposition as a party to this case, and default judgment in favor of United States Trustee is the appropriate remedy. The Motion was properly served on Doshia M. Banks and filed with the Court. The Court is otherwise fully advised in the premises;

    **NOW, THEREFORE,**

    **IT IS ORDERED** that Judgment is entered in the above-captioned adversary proceeding against Defendant, Doshia M. Banks.

    **IT IS FURTHER ORDERED** that Doshia M. Banks is hereby permanently enjoined from acting as a Bankruptcy Petition Preparer; and from providing Bankruptcy Assistance to Assisted

Persons, whether under the name Doshia M. Banks or any other name or through any other corporate form other than under the employment and supervision of a licensed attorney.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall make payment to the Debtors in connection with the above captioned bankruptcy proceeding in the aggregate amount of $2,000.00 within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall certify the payment to the Debtors by filing an affidavit accompanied by a copy of the cashier's check or money order for the payment no later than thirty (30) days after the entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall pay a fine to the United States Trustee in the amount of $1,000.00 within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall certify the payment to the United States Trustee by filing an affidavit accompanied by a copy of the cashier's check or money order for the payment no later than thirty (30) days after the entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall pay costs to the United States Trustee in the amount of $250.00 for her failure to appear at her deposition necessitating payment to the Court Reporter an this Motion, within thirty (30) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendant Doshia M. Banks shall certify her payment of costs to the United States Trustee by filing an affidavit accompanied by a copy of the cashier's check or money order for the payment no later than thirty (30) days after the entry of this Order.

**IT IS FURTHER ORDERED** that dismissal or closure of this adversary proceeding or the underlying bankruptcy case will not excuse compliance with the terms of this Order and it can be enforced by the Debtor or the United States Trustee in any court of competent jurisdiction.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-72850-PJS

**THURLAND RUFUS GARRETT,** Chapter 7
**SHERRY L. GARRETT,**

HON. PHILLIP J. SHEFFERLY

    Debtors.
_____/

**DANIEL M. McDERMOTT**,
**United States Trustee,**

    Plaintiff,

Adversary Case No. 11-4165

vs.

**DOSHIA M. BANKS,**
**DMB SELF-HELP INFORMATION**
  **NETWORK, INC.**

    Defendants.
_____/

**NOTICE OF MOTION FOR SANCTIONS FOR
FAILURE TO ATTEND HER OWN DEPOSITION**

    The Office of the United States Trustee has filed papers with the court for sanctions against
Doshia M. Banks for her failure to attend her own deposition.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you not have an attorney, you may wish to consult one.)

    If you do not want the court enter an order for sanctions, or if you want the court to consider your views on the motion, **within 14 days**, you or your attorney must:

    1. File with the court a written response or an answer, explaining your position at:[1]

U. S. Bankruptcy Court
211 West Fort Street
Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

You must also mail a copy to: Paul J. Randel, Esq.
Office of the United States Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**DANIEL M. McDERMOTT**
**UNITED STATES TRUSTEE**
Region 9


By: /s/ Paul J. Randel (P58419)
Paul.Randel@usdoj.gov
Trial Attorney
Office of the U.S. Trustee
211 West Fort Street - Suite 700
Detroit, Michigan 48226
(313) 226-4541

Dated: July 15, 2011

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-72850-PJS

**THURLAND RUFUS GARRETT,**  Chapter 7
**SHERRY L. GARRETT,**
 HON. PHILLIP J. SHEFFERLY
    Debtors.
_____/

**DANIEL M. McDERMOTT**,
**United States Trustee,**

    Plaintiff,
 Adversary Case No. 11-4165
vs.

**DOSHIA M. BANKS,**
**DMB SELF-HELP INFORMATION**
  **NETWORK, INC.**

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I served copies as follows:

1. Documents Served: *Motion for Sanctions for Doshia M. Banks Failure to Attend Her Own Deposition* and *Certificate of Service.*

2. Served Upon: Doshia M. Banks
 17515 W. Nine Mile Road
 Suite 980
 Southfield, MI 48075

 Thurland Rufus Garrett
 Sherry L Garrett
 14845 Ohio Street
 Detroit, MI 48238

3. Method of Service: First Class Mail

          **DANIEL M. McDERMOTT**
          **UNITED STATES TRUSTEE**
          Region 9

    By: /s/ Karen Riggs
       Karen.Riggs@usdoj.gov
       Paralegal Specialist
       Office of the U.S. Trustee
       211 West Fort Street - Suite 700
       Detroit, MI 48226
       313.226.7259

Dated: July 15, 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-72850-PJS

**THURLAND RUFUS GARRETT,** Chapter 7
**SHERRY L. GARRETT,**

HON. PHILLIP J. SHEFFERLY
    Debtors.
_____/

**DANIEL M. McDERMOTT**,
**United States Trustee,**

    Plaintiff,

Adversary Case No. 11-4165
vs.

**DOSHIA M. BANKS,**
**DMB SELF-HELP INFORMATION**
  **NETWORK, INC.**

    Defendants.
_____/

## EXHIBIT LIST

    Exhibit A    Invoice from Court Reporter

```
 1              Q & A COURT REPORTING
                   1851 BEECHMONT
 2         KEEGO HARBOR, MICHIGAN  48320-1125
                   (248) 681-2499
 3
           INVOICE FOR COURT REPORTING SERVICES
 4

 5       TAX ID NO. 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 DUNS NO. 113748706

 6
        DATE: 7-13-11 DATE OF SERVICE: 7-13-11 NO. 002070
 7

 8      TO:  OFFICE OF THE U.S. TRUSTEE
             PAUL J. RANDEL, ESQ.
 9           211 West Fort Street, Ste. 700
             Detroit, MI 48226
10

11      RE:  RICKY CARPENTER - BANKRUPTCY
             CASE NO. 11-40544-PJS
12
             Cancellation fee for the
13           deposition of DOSHIA M. BANKS.
             Witness failed to appear.      $75.00
14

15
                        -THANK YOU-
16

17

18      I certify that these goods and/or services
        were received on___7-13-11_____and accepted
19      on___7-13-11_____. Oral purchase was authorized
        and no confirming order has been issued.
20                                          7-14-11
                                         _____
21      Signature/title                      Date

22

23

24

25


              Q & A COURT REPORTING (248) 681-2499



                          Page 1
```